| | |
|---|---|
| 1 | ERIC GRANT |
| | United States Attorney |
| 2 | ROBERT ABENDROTH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NOS.  2:25-MJ-149-SCR |
| | 2:25-MJ-150-SCR |
| v. | |
| HECTOR MEJIA-VELAZQUEZ, LLOYD LISTER, | ORDER TO FILE REDACTED COPY OF COMPLAINTS |
| Defendants. | |

The government's motion to unseal the above-referenced cases and file a redacted copy of the sealed complaints and affidavits is GRANTED.

Dated:  October 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT