Case 2:25-cr-00247-DJC   Document 34   Filed 11/06/25   Page 1 of 1

**FILED**
November 06, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR MEJIA-VELAZQUEZ,<br><br>　　　　Defendant. | Case No.  2:25-cr-00247-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  HECTOR MEJIA-VELAZQUEZ , Case No.  2:25-cr-00247-DJC , Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

　　　X　　Unsecured Appearance Bond $   12,000.00

　　　_____ Appearance Bond with 10% Deposit

　　　_____ Appearance Bond with Surety

　　　_____ Corporate Surety Bail Bond

　　　X　　(Other):  The defendants release is delayed until 11/07/2025 at 9:00 AM.

_____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 06, 2025 at 3:00 PM.

By: _____
Magistrate Judge Allison Claire