1 | ERIC GRANT
United States Attorney
2 | ROBERT C. ABENDROTH
NICOLE M. VANEK
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone:  (916) 554-2700
5 | Facsimile:   (916) 554-2900

6 |

Attorneys for Plaintiff
7 | United States of America

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

UNITED STATES OF AMERICA,                          CASE NO.  2:25-CR-00247-DJC
12 |
                          Plaintiff,               STIPULATION TO CONTINUE STATUS
13 |                                                CONFERENCE AND ORDER

                          v.
14 |
HECTOR MEJIA-VELAZQUEZ,
15 |                          Defendant.

16 |

17 |

**STIPULATION**
18 |
        1.      By previous order, this matter was set for status on January 8, 2026.
19 |
        2.      By this stipulation, the parties now move to continue the status conference until April 23,
20 |
2026.
21 |
        3.      The parties agree and stipulate, and request that the Court find the following:
22 |
        a)      The Defendant appeared in the Eastern District of California on the indictment
23 |
and initial discovery has been sent to counsel for the Defendant.  Shortly after his initial
24 |
appearance, the defendant was taken into custody by Immigration and Customs Enforcement
25 |
("ICE").  Currently, due to removal proceedings while in ICE custody, ICE may not be able to
26 |
facilitate his appearance at the status conference set for January 8, 2026.
27 |
        b)      The government and defense counsel move the Court to reset the status
28 |
conference in this matter for April 23, 2026.

STIPULATION REGARDING EXCLUDABLE TIME                          1
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    The parties respectfully request that the status conference in this matter be reset for April

2  23, 2026 at 9:00 AM.

3    IT IS SO STIPULATED.

4

5                                          Respectfully Submitted,

6  Dated:  January 5, 2026                  ERIC GRANT
                                          United States Attorney
7

8                                  By:  /s/ ROBERT ABENDROTH
                                        ROBERT ABENDROTH
9                                       Assistant United States Attorney

10

11  Dated: January 5, 2026                /s/ VICTOR MANUEL CHAVEZ
                                        VICTOR MANUEL CHAVEZ
12                                      Counsel for Defendant
                                        HECTOR MEJIA-VELAZQUEZ
13

14

15                                      **ORDER**

16
    The status conference in the matter United States v. Hector Mejia-Velazquez, 2:25-CR-00247-
17
  DJC (Defendant 11) is hereby reset for April 23, 2026 at 9:00 AM.
18
    IT IS SO ORDERED this 6th day of January, 2026.
19

20                                      /s/ Daniel J. Calabretta

21                                      THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT