ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR MEJIA-VELAZQUEZ, <br><br> Defendant. | CASE NO.  2:25-CR-00247-DJC-11 <br><br> ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

Having considered the unopposed motion to dismiss filed by the government, and for the reasons stated in the motion, pursuant to FED. R. CRIM. P. 48(a), the Court hereby grants the unopposed motion to dismiss without prejudice.  Therefore, the indictment filed October 30, 2025 as to defendant Hector Mejia-Velazquez is hereby DISMISSED without prejudice.

Dated:  March 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

1